# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

LE SHAWN NICKELSON,

    Petitioner,

           -vs-

Warden, Chillicothe Correctional Institution,

    Respondent.

Case No. 1:11-cv-334

District Judge S. Arthur Spiegel
Magistrate Judge Michael R. Merz

## DECISION AND ORDER

This habeas corpus case is before the Court on Petitioner's Motion for Handwriting Sample (Doc. No. 46).  The Motion is denied because it is untimely because the Magistrate Judge has already filed a Report and Recommendations on the merits (Doc. No. 37) and because the results could not be admitted in evidence in this Court in support of any of Petitioner's claims. *Cullen v. Pinholster*, 131 S. Ct. 1388, 1400-01, 179 L. Ed. 2d 557 (2011).

Petitioner's Motion for an Extension of Time to file objections to the Orders at Doc. Nos. 34, 35, 36, and Order Doc. 40  (Doc. No. 47) is granted and his time extended to and including February 10, 2012.

January 25, 2012.

                                                    s/ **Michael R. Merz**
                                                 United States Magistrate Judge